IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Kathleen M. Tafoya

Civil Action No. 09-cv-02893-MSK-KMT          FTR - Courtroom C-201

Date: September 27, 2010                      Deputy Clerk, Nick Richards


MITSUYE C. TADEHARA,                          Arthur H. Bosworth, II
                                              Laura Anne Hass
       Plaintiff,                         (By Phone)

v.

STATE FARM MUTUAL AUTOMOBILE                  Sheryl Lynn Anderson
INSURANCE COMPANY,                            Karen R. Wells
       Defendant.                         (By Phone)

---

## COURTROOM MINUTES / MINUTE ORDER

---

**MOTION HEARING**
**Court in session: 10:04 a.m.**
Court calls case. Appearances of counsel.

Motion hearing is set regarding Plaintiff's Motion to Amend/Correct/Modify Scheduling Order [Doc. No. 54, filed September 3, 2010] and Defendant's Motion for Protective Order [Doc. No. 60, filed September 17, 2010].

Oral argument from Plaintiff.
Oral argument from Defendant.

It is **ORDERED**:    Plaintiff's Motion to Amend/Correct/Modify Scheduling Order [54] is **DENIED** on the basis of timeliness.

It is **ORDERED**:    Defendant's Motion for Protective Order [60] is **GRANTED** insofar as questions about the employment of the deponent's wife and other family members are improper and will not be allowed. No costs will be awarded for either party.

It is **ORDERED**:    Complete files and any new reports or notes for expert witness to be deposed Saturday, October 1, 2010 must be delivered to Defendant by close of business Thursday, September 30, 2010. If report is not submitted, deposition must be rescheduled within the next 30 days.

**Court in Recess: 10:30 a.m.**
Hearing concluded.
Total In-Court Time     00:26

*To obtain a transcript of this proceeding, please contact Avery Woods Reporting at (303) 825-6119.